Opinion issued May 20, 2010.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00919-CV

———————————

PULMOSAN
SAFETY EQUIPMENT CORPORATION, Appellant

V.

SAMMY H. TERRY AND ANNIE TERRY,
Appellees



 



 

On Appeal from the 295th District Court 

Harris County, Texas



Trial Court Case No. 2003-36274

 



MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and we
dismiss the appeal.  Tex. R. App. P.
42.1(a)(1).

We overrule
all other pending motions as moot.  We
direct the Clerk to issue mandate within 10 days of the date of this
opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Hanks, and C. Higley.